# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR04-0078-LRR |
| Plaintiff, | |
| vs. | ORDER |
| CAREY BLANCHARD, | |
| Defendant. | |

This matter appears before the court on the defendant's motion for extension of time to file a notice of appeal (docket no. 215). The defendant filed such motion on September 8, 2015. Under Federal Rule of Appellate Procedure 4(b)(4), the court may extend the time to file an appeal for a period not to exceed 30 days if a party so moves no later than 30 days after the time prescribed by Rule 4(b)(1) and the court finds excusable neglect or good cause. The defendant seeks to appeal the order that the court entered on July 1, 2015. The defendant contends that she just recently received notice that the court denied relief under 18 U.S.C. § 3582(c)(2). This is a sufficient reason to extend the deadline. Accordingly, the movant's motion for extension of time to file a notice of appeal (docket no. 215) is granted. The defendant's July 29, 2015 notice of appeal is deemed to be timely filed.

**IT IS SO ORDERED.**
**DATED** this 14th day of September, 2015.

JON STUART SCOLES
Chief Magistrate Judge
UNITED STATES DISTRICT COURT